**2013–1010. State v. Vanzandt.**

Hamilton App. No. C–130079, 2013-Ohio-2290. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County.

Upon consideration of appellant's motion to reschedule oral argument set for Tuesday, May 27, 2014, it is ordered by the court that the motion is denied.